IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS JOSEPH LIPARI, individually and on behalf of other similarly situated employees and former employees of Defendants,<br>Plaintiff(s),<br><br>vs.<br><br>ORBIT COMMUNICATION SYSTEMS, INC., ORBIT-CS, INC., and DALIT DADON,<br>Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 4:12-cv-03577<br>JURY DEMANDED |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Thomas Joseph Lipari, and Defendants, Orbit Communication Systems, Inc. Orbit-CS, Inc., and Dalit Dadon, file this *Joint Motion to Dismiss With Prejudice* and would respectfully show the following:

### DISMISSAL WITH PREJUDICE

The parties request that all claims between Plaintiff, Thomas Joseph Lipari, and Defendants, Orbit Communication Systems, Inc. Orbit-CS, Inc., and Dalit Dadon, be dismissed with prejudice to refiling the same.

### PRAYER

WHEREFORE, Plaintiff, Thomas Joseph Lipari, and Defendants, Orbit Communication Systems, Inc. Orbit-CS, Inc., and Dalit Dadon, pray that this motion be granted and that all claims in dispute between Plaintiff, Thomas Joseph Lipari, and Defendants, Orbit Communication Systems, Inc. Orbit-CS, Inc., and Dalit Dadon, be dismissed with prejudice to refiling the same.

Respectfully submitted,

LAW OFFICE OF G. SCOTT FIDDLER, P.C.

/s/ G. SCOTT FIDDLER

---

G. SCOTT FIDDLER
SBOT #06957750
FID #12508
scott@fiddlerlaw.com
ANDREW W. REED
SBOT #24074935
FID #1140192
areed@fiddlerlaw.com
9601 Jones Road, Suite 250
Houston, Texas 77065
Tel.:   281-897-0070
Fax:   281-897-0078

ATTORNEYS-IN-CHARGE
FOR PLAINTIFF

AGREED:

GREENBERG TRAURIG, LLP

---

L. Bradley Hancock
SBOT #00798238
FID #21091
HancockL@gtlaw.com
1000 Louisiana, 17th Floor
Houston, Texas 77002
Tel.: 713-374-3500
Fax: 713-374-3505

ATTORNEY-IN-CHARGE
FOR DEFENDANTS

**CERTIFICATE OF CONFERENCE**

Plaintiff's counsel and Defendants' counsel have conferred and the parties are in agreement to the requested relief herein.

/s/ G. Scott Fiddler

G. SCOTT FIDDLER

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing document and proposed Order will be automatically accomplished through notice of electronic filing, in accordance with the Federal Rules of Civil Procedure, on this the 24th day of July 2013, to the following:

L. Bradley Hancock, Esq.
Greenberg Traurig, LLP
1000 Louisiana, 17th Floor
Houston, Texas 77002
HancockL@gtlaw.com

/s/ G. Scott Fiddler

G. SCOTT FIDDLER